# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT


**22-092 consolidated with 22-091**


**ANNE MARIE VALENTINE**

**VERSUS**

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, KENT MORGAN,
AND ALLEN CARRIERE**

\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2017-3391 C/W 2017-3390
HONORABLE THOMAS FREDERICK, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*


**JONATHAN W. PERRY
JUDGE**

\*\*\*\*\*\*\*\*\*\*


Court composed of Billy Howard Ezell, Jonathan W. Perry, and Gary J. Ortego, Judges.


**REVERSED AND REMANDED.**

**Andrew J. Quackenbos**
**Kaliste Joseph Saloom IV**
**Domengeaux Wright Roy & Edwards, LLC**
**556 Jefferson Street, Suite 500**
**Post Office Box 3668**
**Lafayette, Louisiana  70502-3668**
**(337) 233-3033**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
**Anne Valentine**


**F. Douglas Wimberly**
**Cloyd & Wimberly, LLC**
**302 La Rue France, Suite 204**
**Post Office Box 53951**
**Lafayette, Louisiana  70505-3951**
**(337) 289-6906**
**COUNSEL FOR DEFENDANT/APPELLEE:**
**State Farm Fire & Casualty Insurance Company**


**Michelle D. Brooks**
**Porteous, Hainkel and Johnson, LLP**
**211 West Fifth Street**
**Thibodeaux, Louisiana  70301-3199**
**(985) 446-8451**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
**State Farm Mutual Automobile Insurance Company,**
**Kent Morgan, and Allen Carriere**

**PERRY, Judge.**

For the reasons set forth in the companion and consolidated case hereto, *Valentine v. State Farm Mut. Auto. Ins. Co.*, 22-091 (La.App. 3 Cir. 12/29/22), ___ So.3d ___, we reverse the judgment of the trial court, and the matter is remanded for further proceedings. Costs of this appeal are assessed to Defendant/Appellee, State Farm Fire & Casualty Insurance Company.

**REVERSED AND REMANDED.**